| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>ROSS PEARSON<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |
| 6<br>7 | Attorneys for Plaintiff<br>United States of America |



**FILED**
Oct 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH GOOGLE VOICE TELEPHONE NUMBER: 404-981-2821, WHICH IS ASSOCIATED WITH GOOGLE ACCOUND ID: 425688866268 AND jthruj@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY Google Voice | | CASE NO.   2:21-sw-0797 KJN<br><br>[PROPOSED] ORDER COMMANDING GOOGLE VOICE NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT<br><br>**UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google Voice, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google Voice shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other

person, for 180 days from the date of this order, except that Google Voice may disclose the attached warrant to an attorney for Google Voice for the purpose of receiving legal advice.

   IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 10/18/2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE