PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH GOOGLE VOICE TELEPHONE NUMBER: 404-981-2821, WHICH IS ASSOCIATED WITH GOOGLE ACCOUNT ID: 425688866268 AND jthruj@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY Google Voice | CASE NO.  2:21-sw-0797 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated:  10/18/2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE