PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
JUSTIN L. LEE
ALEXIS KLEIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: <br><br> INFORMATION ASSOCIATED WITH GOOGLE VOICE TELEPHONE NUMBER: 404-981-2821, WHICH IS ASSOCIATED WITH GOOGLE ACCOUNT ID: 425688866268 AND JTHRUJ@GMAIL.COM THAT IS STORE AT PREMISES CONTROLLED BY GOOGLE VOICE | CASE NO: 2:21-SW-0797 KJN <br><br> ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 07/25/2022

*[signature]*
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS